# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Federal Trade Commission

                          Plaintiff,

v.                                                     Case No.: 1:22–cv–03372
                                                            Honorable Manish S. Shah

Walmart Inc.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 1, 2022:

      MINUTE entry before the Honorable Manish S. Shah: The motion for oral argument [46] is taken under advisement. No response to the motion is permitted. If the court has questions for the parties, it will alert counsel. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.