## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Federal Trade Commission

                        Plaintiff,

v.                                              Case No.: 1:22–cv–03372
                                                         Honorable Manish S. Shah

Walmart Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 27, 2023:

      MINUTE entry before the Honorable Manish S. Shah: The court concludes that oral argument is not necessary; the motion for oral argument [46] is denied. An opinion ruling on the motion to dismiss will be issued in the coming days. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.