## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Federal Trade Commission

                Plaintiff,

v.                                                 Case No.: 1:22–cv–03372

                                                 Honorable Manish S. Shah

Walmart Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 27, 2023:

      MINUTE entry before the Honorable Manish S. Shah: The parties shall confer and file a joint status report with a proposed schedule for any amended complaint (if the FTC intends to file one), an answer from defendant, and a proposed fact discovery schedule. The joint status report is due April 17, 2023. All deadlines remain stayed pending the parties' status report. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.