**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | |
| v. | Case No. 1:22-cv-03372 |
| WALMART INC., | Hon. Manish S. Shah |
| Defendant. | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Thursday, July 13, 2023, at 9:45 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant Walmart Inc. will be prepared to appear before the Honorable Manish S. Shah of the United States District Court for the Northern District of Illinois in Courtroom 1919 of the Everett McKinley Dirksen U.S. Courthouse at 219 South Dearborn Street, Chicago, Illinois, to present Defendant Walmart Inc.'s Unopposed Motion for Entry of Briefing Schedule and for Leave to Exceed Page Limits (filed on July 7, 2023), a copy of which is being served by the CM/ECF system.

Dated: July 7, 2023 　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Sean M. Berkowitz

| | |
|---|---|
| Roman Martinez (*pro hac vice*) | Sean M. Berkowitz (ARDC No. 6209701) |
| Drew R. Wisniewski (ARDC No. 1016351) | Johanna M. Spellman (ARDC No. 6293851) |
| Jessica L. Saba (*pro hac vice*) | LATHAM & WATKINS LLP |
| Blake E. Stafford (*pro hac vice*) | 330 North Wabash Avenue |
| LATHAM & WATKINS LLP | Suite 2800 |
| 555 Eleventh Street, N.W. | Chicago, IL 60611 |
| Suite 1000 | (312) 876-7700 |
| Washington, D.C. 20004 | sean.berkowitz@lw.com |
| (202) 637-2200 | johanna.spellman@lw.com |
| roman.martinez@lw.com | |
| drew.wisniewski@lw.com | Hashim M. Mooppan (*pro hac vice*) |
| jessica.saba@lw.com | Krista Perry Heckmann (*pro hac vice*) |
| blake.stafford@lw.com | JONES DAY |
| | 51 Louisiana Avenue, N.W. |
| | Washington, DC 20001 |
| | (202) 879-3939 |
| | hmmooppan@jonesday.com |
| | kperryheckmann@jonesday.com |

　　　　　　　　　　　　*Counsel for Defendant Walmart Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 7, 2023, I filed the foregoing document with the Court through the Court's electronic filing system. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.

                   */s/ Sean M. Berkowitz*
                   Sean M. Berkowitz