**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Federal Trade Commission
                          Plaintiff,

v.                                                    Case No.: 1:22–cv–03372
                                                    Honorable Manish S. Shah

Walmart Inc.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 10, 2023:

      MINUTE entry before the Honorable Manish S. Shah: The motion to set briefing schedule and for leave to file excess pages [63] is granted, and no appearance on 7/13/23 is necessary. Walmart's motion to dismiss is due 8/11/23 and the brief may be up to 40 pages. The FTC's response is due 9/15/23 and may be up to 40 pages. Walmart's reply, not to exceed 20 pages, is due 10/9/23. Arguments repetitive of those raised in the first round of briefing ought to be simplified, and 40 pages should be unnecessary for both sides. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.