UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br> v. <br> WALMART INC., <br><br> Defendant. | Case No. 1:22-cv-03372 <br><br> Hon. Manish S. Shah |

**UNOPPOSED MOTION OF ROBERT K. KRY
TO WITHDRAW AS COUNSEL**

Pursuant to this Court's Local Rule 83.17, attorney Robert K. Kry of the firm MoloLamken LLP respectfully moves to withdraw as counsel for proposed *amicus curiae* Professor Jennifer L. Mascott. All parties have stated that they do not oppose this motion. Professor Jennifer L. Mascott has stated that she consents to this motion.

On September 6, 2022, Mr. Kry moved for leave to appear pro hac vice as counsel of record for proposed *amicus curiae* Professor Jennifer L. Mascott in this matter. Dkt. 26. The Court granted that motion on September 7, 2022. Dkt. 34. The firm's engagement was limited to preparing and submitting a proposed *amicus* brief and motion for leave to file the brief. Kry Decl. ¶ 1. On September 16, 2022, the Court denied all pending motions for leave to file *amicus* briefs, including Professor Mascott's motion. Dkt. 42. As a result, the firm has completed the scope of its engagement in this matter. Under those circumstances, withdrawal is appropriate and warranted because it can be accomplished without material adverse effect on the interests of the client. Ill. R. Prof'l Conduct 1.16(b)(1).

Professor Jennifer L. Mascott has stated that she consents to this motion. Kry Decl. ¶ 3.

The Notification of Party Contact Information required by Local Rule 83.17 is attached.

Dated: July 10, 2023
       Chicago, Illinois

Respectfully submitted,

  /s/ Robert K. Kry           

Steven F. Molo (ARDC No. 6184051)
MOLOLAMKEN LLP
300 North La Salle Street
Chicago, Illinois 60654
(312) 450-6702
smolo@mololamken.com

Robert K. Kry (*pro hac vice*)
MOLOLAMKEN LLP
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
(202) 556-2011
rkry@mololamken.com

*Counsel for Amicus Curiae*