# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### ORDER

November 18, 2024

*Before*

THOMAS L. KIRSCH II, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*
DORIS L. PRYOR, *Circuit Judge*

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| No. 24-8023 | IN RE: WALMART INC., Petitioner |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:22-cv-03372 Northern District of Illinois, Eastern Division District Judge Manish S. Shah | |

The following are before the court:

1.  **PETITION FOR PERMISSION TO APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**, filed on October 28, 2024, by counsel for the petitioner.

2.  **OPPOSITION OF THE FEDERAL TRADE COMMISSION TO PETITION FOR PERMISSION TO APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**, filed on November 13, 2024, by counsel for the respondent.

3.  **DEFENDANT-PETITIONER'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PETITION FOR PERMISSION TO APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**, filed on November 15, 2024, by counsel for the petitioner.

**IT IS ORDERED** that the petition for permission to appeal is **GRANTED**. The petitioner shall pay the required docket fees to the clerk of the district court within fourteen days from the entry of this order pursuant to Federal Rule of Appellate Procedure 5(d)(1). Once the district court notifies this court that the fees have been paid, the appeal will be entered on this court's general docket.

**IT IS FURTHER ORDERED** that the motion for leave to file a reply in support of the petition for permission to appeal is **DENIED** as unnecessary.