IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART INC.,<br><br>    Defendant. | Case No. 1:22-cv-3372<br><br>Hon. Manish S. Shah |

**PLAINTIFF FEDERAL TRADE COMMISSION'S UNOPPOSED MOTION FOR
<u>COUNSEL TO WITHDRAW</u>**

Pursuant to Local Rule 83.17, Plaintiff Federal Trade Commission (FTC) moves to withdraw Purba Mukerjee as Plaintiff's counsel of record. In support of its motion, the FTC states:

1. In December 2024, Purba Mukerjee accepted a job offer outside of the FTC and her last day of employment at the agency will be February 25, 2025.

2. Granting the withdrawal will not cause any delay in this matter. Karen D. Dodge, Matthew G. Schiltz, and Rachel F. Sifuentes have previously been admitted as counsel for the FTC and will continue to represent the FTC in this matter.

3. Walmart does not oppose the relief requested in this motion.

WHEREFORE, Plaintiff FTC respectfully requests that this Court grant this motion and enter an order allowing Purba Mukerjee to withdraw from this case.

Dated: January 30, 2025                    Respectfully submitted,

                                           KAREN D. DODGE

                                           */s/ Purba Mukerjee*
                                           PURBA MUKERJEE
                                           MATTHEW G. SCHILTZ
                                           RACHEL F. SIFUENTES
                                           Attorneys for Plaintiff
                                           Federal Trade Commission
                                           230 South Dearborn Street, Suite 3030
                                           Chicago, Illinois 60604
                                           (312) 960-5634 (telephone)
                                           (312) 960-5600 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2025, I filed the foregoing document with the Court through the Court's electronic filing system. Service of this filing will be made on all ECF-registered counsel by the operation of the Court's electronic filing system.

*/s/ Purba Mukerjee*
PURBA MUKERJEE