# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 3, 2025

*By the Court:*

| No. 24-3174 | FEDERAL TRADE COMMISSION,<br>Plaintiff - Appellee<br><br>v.<br><br>WALMART INC.,<br>Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:22-cv-03372<br>Northern District of Illinois, Eastern Division<br>District Judge Manish S. Shah ||

Upon consideration of the **MOTION FOR LEAVE FOR HASHIM M. MOOPPAN TO WITHDRAW AS COUNSEL FOR DEFENDANT-APPELLANT WALMART INC.**, filed on April 2, 2025, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED**. Attorney Hashim M. Mooppan may withdraw from further representation of the appellant. Attorney Sean M. Berkowitz will continue as counsel of record for appellant Walmart Inc.

form name: **c7_Order_BTC**   (form ID: **178**)