**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Federal Trade Commission
Plaintiff,
v.
Case No.: 1:22−cv−03372
Honorable Manish S. Shah
Walmart Inc.
Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 23, 2025:

MINUTE entry before the Honorable Manish S. Shah: The joint motion for entry of proposed stipulated order and monetary judgment [102] is granted. The parties' stipulation represents a reasonable compromise of this litigation, and the injunctive relief sets forth specific terms, described in reasonable detail. No appearance on 6/25/25 is necessary. Enter Stipulated Order. Terminate civil case. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.