# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

June 25, 2025

*By the Court*:

| No. 24-3174 | FEDERAL TRADE COMMISSION,<br>Plaintiff - Appellee<br><br>v.<br><br>WALMART INC.,<br>Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:22-cv-03372<br>Northern District of Illinois, Eastern Division<br>District Judge Manish S. Shah ||

Upon consideration of the **JOINT MOTION OF WALMART INC. AND FEDERAL TRADE COMMISSION TO DISMISS APPEAL**, filed on June 24, 2025, by counsel for the parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**    (form ID: **137**)